UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DAWN CORBITT, et al.,

    Plaintiffs,

v.                              No.3:07-cv-963-J-12MCR

WALGREEN CO., etc.,

    Defendant.

## ORDER

This cause is before the Court on Defendant Walgreen Co.'s Motion for Final Summary Judgment (Doc. 14), filed July 30, 2008, and exhibits in support (Doc.13). On August 26, 2008, Plaintiffs' Response to Defendants' Motion for Summary Judgment (Doc. 20) and affidavit in support (Doc. 19) were filed. On September 17, 2008, the Court heard oral argument on the summary judgment motion.

Summary judgment is proper when "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law." Fed.R.Civ.P. 56(c). The Court's task is not "to weigh the evidence and determine the truth of the matter but to determine whether there is a genuine issue for trial." Anderson v. Liberty Lobby, Inc., 477 U.S. 242, 249 (1986). The purpose of summary judgment is to dispose of unsupported claims or defenses which, as a matter of law, do not raise issues of material fact suitable for trial. Celotex Corp. v. Catrett, 477

U.S. 317, 322-23 (1986).

The Defendant seeks summary judgment on the issue of causation. Both parties have submitted affidavits by experts in support of their respective positions regarding causation of Plaintiffs' injuries. See Affidavit of Malcolm T. Foster, M.D., Doc. 13, Exhibit and Affidavit of Anthony Nioso, M.D. (Doc. 19). The Court finds that the Defendant has not met its burden of establishing that no genuine issues of material fact remain in this negligence action, and that as a result, the trier of fact should be allowed to determine whether Plaintiffs have proved their claims.

Accordingly, it is

**ORDERED AND ADJUDGED:**

That Defendant Walgreen Co.'s Motion for Final Summary Judgment (Doc. 14) is denied.

**DONE AND ORDERED** this ___17th___ day of September 2008.

*Howell W. Melton*
Senior United States District Judge

Copies to:
Counsel of Record